# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| Chicago Insurance Company, an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Margaret Hunter, an individual, and Benchmark Insurance Company, a Kansas corporation,<br><br>    Defendants.<br><br>Benchmark Insurance Company, a Kansas corporation,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>Chicago Insurance Company, an Illinois corporation,<br><br>    Counter-Defendant.<br><br>Benchmark Insurance Company, a Kansas corporation,<br><br>    Cross-Plaintiff,<br><br>v.<br><br>Margaret Hunter,<br><br>    Cross-Defendant. | CASE NO. 3:09-CV-278<br>Jordan/Shirley<br><br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties (with the exception of pro se Margaret Hunter who has neither joined in nor opposed the request), IT IS HEREBY ORDERED that judgment shall be entered dismissing all the claims asserted by the parties in this matter on their merits and with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 28, 2011    BY THE COURT:

_____
United States District Judge